**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| Yazmin Gonzalez<br><br>                Plaintiff,<br>    v.<br><br>American-Amicable Life Insurance Company of Texas<br>                Defendant. | Case No. 1:24-cv-00065<br><br>**JURY TRIAL DEMANDED** |

**ENTRY OF APPEARANCE**

Kindly enter my appearance as attorney for Plaintiff in the above-captioned matter.

RESPECTFULLY SUBMITTED AND DATED this January 22, 2024.

>  */s/ Andrew Roman Perrong*
> Andrew Roman Perrong (W.D. Tex. # 333687)
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: 215-225-5529 (CALL-LAW)
> Facsimile: 888-329-0305
> a@perronglaw.com
>
> *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

January 22, 2024

> */s/ Andrew Roman Perrong*