# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| YAZMIN GONZALEZ, individually and behalf of classes of all persons and entities similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS,<br><br>    Defendant. | Case No. 1:24-cv-00065-RP |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENSION OF TIME FOR TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT

This matter, coming to be heard on Defendant's Unopposed Motion for an Extension of Time to Answer, Move, or Otherwise Respond to the Complaint (the "Motion"), which was filed in the above-captioned matter, due notice having been given, the Parties being in agreement, and for good cause shown, it is **HEREBY ORDERED** that: (i) the Motion is **GRANTED** for the reasons stated therein; and (ii) Defendant shall have until **April 8, 2024** to answer, move, or otherwise respond to Plaintiff's Complaint (*see* Dkt. 1).

SO ORDERED THIS ___ DAY OF _____, 2024,


By:_____
      Hon. Robert Pitman
      United States District Judge