## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| YAZMIN GONZALEZ, individually and on behalf of classes of all persons and entities similarly situated, | : : : : | Case No. 1:24-cv-00065-RP |
| Plaintiff, | : : | |
| v. | : : | |
| AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS | : : : | |
| Defendant. | : | |

## PLAINTIFF'S UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

Plaintiff Yazmin Gonzalez is filing this *unopposed* motion for extension of time to respond to the motion to dismiss filed by the Defendant American-Amicable Life Insurance Company of Texas in the above-referenced matter to and including **May 6, 2024.** In support thereof, the Plaintiff states that the Defendant, after several extensions, filed its motion to dismiss on April 8, 2024 and that the Plaintiff requires the two week extension to fully explore the arguments raised in the motion to dismiss. The Plaintiff has not previously requested an extension and good cause exists for granting the Plaintiff's request for the reasons above, and because the requested extension will promote efficiency and judicial and party economy. Since this matter was just recently filed and is in its early stages, Defendant is in agreement, and there are no other parties to this case, the requested extension will not result in any prejudice nor impact the timely resolution of this case.

                      PLAINTIFF,
                      By her attorneys,

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

/s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com