# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| YAZMIN GONZALEZ, individually and on behalf of classes of all persons and entities similarly situated, | : | Case No. 1:24-cv-00065-RP |
| Plaintiff, | : | |
| v. | : | |
| AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS | : | |
| Defendant. | : | |

## [PROPOED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

Having considered the Plaintiff's motion, this Court GRANTS the motion and the Plaintiff is given until May 6, 2024 to file her response to the Defendant's motion to dismiss.

Dated:_____          _____
                            United States District Court Judge