# EXHIBIT A - CALL LOG

| Number: | Date: | Caller ID: | Notes: |
|---|---|---|---|
| 1. | 06/02/23 | 256-579-0143 | Prerecorded voice message |
| 2. | 06/05/23 | 737-312-3468 | Missed Call |
| 3. | 06/07/23 | 469-336-4764 | Prerecorded voice message |
| 4. | 06/07/23 | 325-275-2603 | Prerecorded voice message |
| 5. | 06/08/23 | 346-474-7560 | Prerecorded voice message |
| 6. | 06/08/23 | 956-304-2847 | Prerecorded voice message |
| 7. | 06/09/23 | 956-304-2831 | Prerecorded voice message |
| 8. | 06/12/23 | 737-312-3464 | Prerecorded voice message |
| 9. | 06/12/23 | 361-284-4581 | Prerecorded voice message |
| 10. | 06/12/23 | 972-634-2603 | Prerecorded voice message |
| 11. | 06/12/23 | 956-304-2831 | Prerecorded voice message |
| 12. | 06/13/23 | 737-312-3464 | Prerecorded voice message |
| 13. | 06/13/23 | 361-284-4581 | Prerecorded voice message |
| 14. | 06/14/23 | 979-333-8743 | Prerecorded voice message |
| 15. | 06/15/23 | 979-333-8750 | Prerecorded voice message |
| 16. | 06/15/23 | 512-616-4627 | Prerecorded voice message |
| 17. | 06/19/23 | 737-312-3473 | Prerecorded voice message |
| 18. | 06/19/23 | 737-310-3817 | Michael sold Plaintiff Insurance Policy |
| 19. | 06/19/23 | 737-312-3472 | Missed Call |
| 20. | 06/22/23 | 737-310-3817 | Prerecorded voice message |
| 21. | 06/26/23 | 737-973-6178 | Prerecorded voice message |
| 22. | 06/30/23 | 737-977-8117 | Missed Call |