# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| YAZMIN GONZALEZ, individually and behalf of classes of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS,<br><br>Defendant. | Case No. 1:24-cv-00065-RP |

## ORDER GRANTING DEFENDANT AMERICAN-AMICABLE'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Came on for consideration Defendant American-Amicable's Unopposed Motion for Leave to Exceed Page Limit in connection with Defendant's Motion for Protective Order to Temporarily Stay or Bifurcate Discovery (Dkt. 16, "Motion for Protective Order"). After reviewing the motion and noting that it is unopposed, is of the opinion that is should be GRANTED. It is therefore

ORDERED that Defendant is permitted to file its Motion for Protective Order of no more than 20 pages, excluding attachments, and the Motion for Protective Order is accepted;

IT IS FURTHER ORDERED that Plaintiff is permitted to file a response to Motion for Protective Order of no more than 20 pages, excluding attachments.

SIGNED:

_____
UNITED STATES DISTRICT JUDGE