IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| YAZMIN GONZALEZ, individually and behalf of classes of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS,<br><br>Defendant. | Case No. 1:24-cv-00065-RP |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR PROTECTIVE ORDER TO TEMPORARILY STAY AND/OR BIFURCATE DISCOVERY**

THIS MATTER coming to be heard on the "Motion for Protective Order to Temporarily Stay or Bifurcate Discovery" filed on July 19, 2023 by Defendant American-Amicable Life Insurance Company of Texas ("Defendant") in this case (*see* Dkt. 16, hereafter, the "Motion"), due notice having been given, the Motion being fully briefed, the Court being fully apprised in the premises thereof, and for good cause shown, **IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** for the reasons stated therein.

2. *[ALTERNATIVE 1]* All discovery is hereby **STAYED** during the pendency of, and until the Court rules upon, the Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (*see* Dkt. 10). If the matter is not dismissed or only dismissed in part thereafter, an additional discovery conference will be scheduled to set a new discovery and case management schedule.

3. *[ALTERNATIVE 2]* Discovery will proceed during the pendency Defendant's dispositive motion but will be **BIFURCATED as** follows:

    (a) No class discovery shall proceed at this time, without further order;

(b) From the date of entry of this Court, discovery shall be limited to issues regarding the merits of Plaintiff's individual claim, and shall proceed for a period of 90 days after entry of this order;

(c) Opening summary judgment motions as to the merits of Plaintiff's individual claims are due no later than thirty (30) days after the close of individual discovery (though such motions may be filed at any point prior to this deadline);

(d) Oppositions to summary judgment are due thirty (30) days after service of opening motions;

(e) Reply briefs in support of summary judgment are due fifteen (15) days after service of oppositions; and

(f) A further case management conference will be set, to occur after the Court has ruled on summary judgment motion(s) relating to Plaintiff's individual claims, in order to enter a schedule for class discovery and other deadlines, if necessary.

4. All other deadlines set prior to this Order are hereby vacated and this matter will proceed in accordance with the foregoing.

**SO ORDERED THIS ___ DAY OF _____, 2024,**

By: _____
Hon. Robert Pitman
United States District Judge