IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| YAZMIN GONZALEZ, individually and behalf of classes of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS,<br><br>Defendant. | Case No. 1:24-cv-00065-RP |

**[PROPOSED] ORDER GRANTING TEMPORARY STAY**

THIS MATTER coming to be heard on the "Motion for Protective Order to Temporarily Stay or Bifurcate Discovery" filed on July 19, 2023 by Defendant American-Amicable Life Insurance Company of Texas ("Defendant") in this case (*see* Dkt. 16, hereafter, the "Motion"), due notice having been given, the Motion being fully briefed, the Court being fully apprised in the premises thereof, and for good cause shown, IT IS HEREBY ORDERED THAT all discovery in this matter is temporarily stayed (including Defendant's deadlines to respond to any discovery issued by Plaintiff) while the parties brief and the Court considers the instant Motion.

**SO ORDERED THIS \_\_\_ DAY OF _____, 2024,**

By: _____
Hon. Robert Pitman
United States District Judge

1