UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **YAZMIN GONZALEZ**, *Plaintiff* § § § | |
| v. § | No.  1:24-cv-00065 |
| § | |
| **AMERICAN-AMICABLE LIFE INSURANCE COMPANY** § § § *Defendant* | |

**ORDER**

Before the Court is Defendant American-Amicable Life Insurance Company's Motion for Protective Order To Temporarily Stay or Bifurcate Discover, Dkt. 16. The District Court referred the motions for disposition pursuant to Rule CV-72, Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and 28 U.S.C. § 636(b)(1)(A). Having reviewed the motion, the undersigned enters the following Order.

The parties are **ORDERED** to meaningfully confer telephonically or in person regarding the issues in each party's motion and **FILE** a Joint Advisory with the Court **before 2:00 p.m. on Wednesday, August 28, 2024.** The advisory should discuss the parties' conference, identify any remaining disputed issues that will require resolution by the undersigned, and set forth briefly the parties' respective positions on each remaining issue. Additionally, the parties must serve on opposing counsel any demonstrative exhibits or presentation materials intended to be used during the hearing by **5:00 p.m. of the business day prior to the hearing**.

1

**IT IS FURTHER ORDERED** that the parties are **TO APPEAR** for an in-person hearing before the undersigned on **Thursday, August 29, 2024, at 2pm.** The hearing will last no more than 1 hour with each side afforded 30 minutes to make its arguments.

The parties are advised and hereby placed on notice that the undersigned may award expenses against any party that is uncooperative in discovery. *See* Fed. R. Civ. P. 37(a)(5).

SIGNED August 6, 2024.

———————————————————
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE