UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

YAZMIN GONZALEZ, individually and on behalf of classes of all persons and entities similarly situated, Plaintiff

-vs-

AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS, Defendant

Case No.: 1:24-cv-00065-RP

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now **A. Paul Heeringa**, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent **American-Amicable Life Ins. Co.** in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) **A. Paul Heeringa (Aaron Paul Heeringa) of Manatt, Phelps & Phillips LLP**, with offices at

    Mailing address: **151 N. Franklin St., Suite 2600**

    City, State, Zip Code: **Chicago, Illinois 60606**

    Telephone: 312-529-6308

    Facsimile: 312-529-6315

    Email: pheeringa@manatt.com

2. Since _____ **May 4, 2006** _____, Applicant has been and presently is a member of and in good standing with the Bar of the State of _____ **Illinois** _____. Applicant's bar license number is _____ **6288233** _____.

3. Applicant has been admitted to practice before the following courts:

   Court:                                      Admission date:

   **See attached list of admissions**         _____

   _____                      _____

   _____                      _____

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

   N/A

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

    ☐ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

    ☑ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

    | | |
    |---|---|
    | Co-counsel: | **Ryan A. Burgett, of Husch Blackwell LLP** |
    | Mailing address: | **736 Georgia Avenue, Suite 300** |
    | City, State, Zip Code: | **Chattanooga, TN 37402** |
    | Telephone: | **(423) 266-5500** |

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_____**A. Paul Heeringa**_____ to the Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

_____**A. Paul Heeringa**_____
[printed name of Applicant]

_____[signature]_____
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the __**15th**__ day of _____**August**_____, __**2024**__.

_____**A. Paul Heeringa**_____
[printed name of Applicant]

_____[signature]_____
[signature of Applicant]

- 4 -

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

YAZMIN GONZALEZ, individually and on
behalf of classes of all persons and entities
similarly situated, Plaintiff

-vs-

AMERICAN-AMICABLE LIFE INSURANCE
COMPANY OF TEXAS, Defendant

Case No. 1:24-cv-00065-RP

## ORDER

BE IT REMEMBERED on this the _____ day of _____, 20____, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by __**A. Paul Heeringa**__ ("Applicant"), counsel for **American-Amicable Life Ins.** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **American-Amicable Life Ins.** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE

## List of Court/Bar Admissions for A. Paul Heeringa Esq.

Current as of August 15, 2024

*No additional attorney ID number, unless noted. All admissions in good standing.*

- Illinois State (5/4/2006) – Bar ID # 6288233
- N.D. Illinois Federal (11/22/2006)
- E.D. Texas Federal (12/30/2011)
- S.D. Indiana Federal (1/9/2018)
- D. New Mexico Federal (8/1/2019)
- D. Nebraska Federal (12/1/2020)
- W.D. Michigan Federal (4/4/2021)
- E.D. Michigan Federal (1/18/2022)
- N.D. Indiana Federal (1/19/2022)
- W.D. Wisconsin Federal (6/1/2023)
- E.D. Missouri Federal (9/26/2023) – Court Bar No. 6288233IL