UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Yazmin Gonzalez | § |
| | § |
| vs. | § NO: AU:24-CV-00065-RP |
| | § |
| American-Amicable Life Insurance Company of Texas | § |

O R D ER

**BE IT REMEMBERED** on this the 19th day of August, 2024, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by A. Paul Heeringa, counsel for American-Amicable Life Insurance Company of Texas. and the Court, having reviewed the motion, enters the following order:

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is GRANTED, and A. Paul Heeringa may appear on behalf of American-Amicable Life Insurance Company of Texas. in the above case.

**IT IS FURTHER ORDERED** that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court.

**IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

**IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

**IT IS SO ORDERED** this 19th day of August, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE