**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS**

YAZMIN GONZALEZ

              Plaintiff,

     vs.

AMERICAN-AMICABLE LIFE INSURANCE
COMPANY OF TEXAS

              Defendant.

Case No. 1:24-cv-00065

## NOTICE OF SETTLEMENT

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file a notice of dismissal or motion to amend the complaint within 30 days.

Dated: August 27, 2024        PLAINTIFF,

                        */s/ Anthony Paronich*
                        Anthony Paronich
                        Email:  anthony@paronichlaw.com
                        PARONICH LAW, P.C.
                        350 Lincoln Street, Suite 2400
                        Hingham, MA 02043
                        Telephone:  (617) 485-0018
                        Facsimile:  (508) 318-8100