UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Yazmin Gonzalez | § § | CRIMINAL NO: |
| vs. | § § | AU:24-CV-00065-RP |
| American-Amicable Life Insurance Company of Texas | § § § | |

# ORDER CANCELLING HEARING ON MOTION TO QUASH BY ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **HEARING ON MOTION TO QUASH BY ZOOM on Thursday, August 29, 2024 at 02:00 PM is hereby CANCELLED until further order of the court**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this change.

IT IS SO ORDERED this 28th day of August, 2024.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE