IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| YAZMIN GONZALEZ, individually and behalf of classes of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS,<br><br>Defendant. | Case No. 1:24-cv-00065-RP |

**STIPULATION TO VOLUNTARILY DISMISS WITH PREJUDICE**

The parties hereby stipulate to dismiss these proceedings with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii). All claims of the putative class are dismissed without prejudice. Each party shall bear their own costs.

Dated: October 15, 2024                    Respectfully submitted,

By: */s/ Andrew Roman Perrong*

Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Counsel for Plaintiff*

1

By: /s/ Ryan A. Burgett (with permission)

Ryan A. Burgett, TN BAR No. 33641
HUSCH BLACKWELL LLP
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Tel: (423) 266-5500
Fax: (423) 266-5499
ryan.burgett@huschblackwell.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 15th day of October, 2024.

By: */s/ Andrew Roman Perrong*