IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YAZMIN GONZALEZ, *individually and on behalf of classes of all persons and entities similarly situated*, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:24-CV-65-RP |
| AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS, | § § § § | |
| Defendant. | § § | |

## ORDER

On October 15, 2024, Plaintiff and Defendant filed a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 29). The parties have agreed to dismiss these proceedings with prejudice. The parties also agreed to dismiss the claims of the putative class without prejudice. (*Id.*). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

Accordingly, as nothing remains to resolve, **IT IS ORDERED** that this case is **CLOSED**.

**SIGNED** on October 16, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE